UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Frederick D. Magaru; Winiflor Magaru<br><br>*Debtor(s),* | Chapter 13<br><br>Case No. 11-34938<br><br>Judge Lashonda A. Hunt |

**RESPONSE OF DITECH FINANCIAL TO DEBTOR'S MOTION FOR COURT DETERMINATION OF FINAL CURE AND PAYMENT PURSUANT TO BANKRUPTCY RULE (*sic*) 3001.1(H)**

NOW COMES Ditech Financial LLC, by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, in response to Debtor's Motion for Court Determination of Final Cure, stating as follows:

1. On August 26, 2011 the above captioned petition was filed under Chapter 13 of the Bankruptcy Code.

2. On December 19, 2011 the debtors' plan was confirmed.

3. Ditech Financial LLC services the first mortgage lien on the property located at 827 Maple Lane, Wheeling, Illinois.

4. On April 13, 2017 Ditech Financial LLC filed its Response to Notice of Final Cure Payment, pursuant to Rule 3002.1, stating that the debtors were due for the August 2016 post-petition mortgage payment and all those coming due thereafter.

5. On May 05, 2017 debtors filed the Motion for Court Determination of Final Cure and included several payment proofs, stating that, "allegations of no payments since September of 2016 for a balance (*sic*) $24,785.05, cannot stand in light of the canceled checks." ¶17

6. However, as stated in the Response to Notice of Final Cure Payment, the debtors are delinquent in their post-petition mortgage payments. In fact, after a much closer review of the account, the debtors are actually due for July 2016 as of the date of the filing of this response.

7. All of the checks provided in the motion have been received and applied to the debtors' account. Two of the checks were received on or after the effective date of the Response to Notice of Final Cure.

8. The checks (not all of the payment proofs were *cancelled* checks) were applied as follows:

| check number | amount | application date |
|---|---|---|
| 4490 | $2,945.10 | 1/9/2017 |
| 4383 | $2,945.10 | 2/3/2017 |
| 4393 | $2,945.10 | 3/6/2017 |
| 4347 | $2,945.10 | 4/11/2016 |
| 4448 | $2,945.10 | 9/15/2016 |
| 4469 | $2,945.10 | 11/15/2016 |
| 4280 | $3,155.69 | 4/18/2017 |
| 4449 | $2,045.10 | 10/4/2016 |
| 4269 | $3,155.07 | 4/12/2017 |

Please note: each cancelled check copy provided was stamped with the application date.

9. Attached to this response, please find Exhibit A, which is the payment history, marked to indicate where each of the checks in question can be found.

10. Also attached to this response, please find Exhibit B, which is the copies of the checks in question, marked to illustrate the application date and proper amount (#4449).

WHEREFORE Ditech Financial LLC prays that the Debtors' Motion for Court Determination of Final Cure and Payment Pursuant to Bankruptcy Rule 3001.1(H) be denied and for such further relief as this Honorable Court deems just.

Ditech Financial LLC
/s/Toni Townsend
Toni Townsend ARDC#6289370

McCalla Raymer Pierce, LLC
1 N. Dearborn St. Suite 1200
Chicago, IL 60602
(312) 346-9088

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Frederick D. Magaru; Winiflor Magaru<br><br>*Debtor(s),* | Chapter 13<br><br>Case No. 11-34938<br><br>Judge Lashonda A. Hunt |

CERTIFICATE OF SERVICE

     I, the undersigned, Attorney, Certify that a copy of the attached response was served to the addresses attached by electronic notice through ECF or depositing the same in the United States Mail at 1 North Dearborn Street, #1200, Chicago, Illinois 60602, at or before 5:00 p.m., on May 18, 2017, with proper postage prepaid.

/s/ Toni Townsend
Toni Townsend ARDC#6289370

McCalla Raymer Pierce, LLC
1 N. Dearborn St. Suite 1200
Chicago, IL 60602
(312) 346-9088

SERVICE LIST

To Trustee:
Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604
**by Electronic Notice through ECF**

To Debtor:
Frederick D Magaru; Winiflor Magaru
827 Maple Lane
Wheeling, IL 60090
**by U.S. Mail**

To Attorney:
O Allan Fridman
Law office of O. Allan Fridman
555 Skokie Blvd
Suite 500
Northbrook, IL 60062
**by Electronic Notice through ECF**

McCalla Raymer Pierce, LLC
Attorney For: Creditor
1 N. Dearborn St. Suite 1200
Chicago, IL 60602
(312) 346-9088

File Number: 261223-100991