UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | LaShonda A. Hunt | **Hearing Date** | 06/12/2017 |
| **Bankruptcy Case** | 11 B 34938 | **Adversary No.** | |
| **Title of Case** | Frederick D Magaru and Winiflor Magaru | | |

**Brief Statement of Motion**: Motion for Determination of Final Cure and Mortgage Payment

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

Party is granted leave to file and serve a response by or before 07/11/2017.

*/s/ LaShonda A. Hunt*
U. S. Bankruptcy Judge LaShonda A. Hunt